# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

AMANDA SEEBER

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: 3:05-CV-405

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, per ORDER OF REMAND {doc #20}, upon parties' {doc #19} Joint Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. 405(g), the Commissioner's decision is reversed with a remand of this cause to the Commissioner.

| | |
|---|---|
| March 8, 2006 | Patricia L. McNutt, Clerk |
| Date | |
| | By    s/ A. Archer |
| | Case Manager |